UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DARNELL, JOHN THOMAS  § Case No. 11-85343
§
§
Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

U.S. Bankruptcy Court
Stanley J. Roszkowski U.S. Courthouse
327 South Church Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 10/31/2012 in Courtroom 3100, United States Courthouse, 327 South Church Street
Rockford, IL 61101 .
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  09/19/2012           By:  /s/JAMES E. STEVENS
                                                                Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: DARNELL, JOHN THOMAS § Case No. 11-85343
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 8,000.00 |
| *and approved disbursements of* | $ 75.00 |
| *leaving a balance on hand of* [1] | $ 7,925.00 |
| **Balance on hand:** | $ 7,925.00 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 7,925.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,550.00 | 0.00 | 1,550.00 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera, LLP | 1,709.50 | 0.00 | 1,709.50 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,259.50 |
| Remaining balance: | $ 4,665.50 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 4,665.50 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 4,665.50 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,665.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 17.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,830.15 | 0.00 | 670.14 |
| 2 | Capital One, N.A. | 2,993.56 | 0.00 | 523.76 |
| 3 | PHARIA L.L.C. | 2,155.37 | 0.00 | 377.11 |
| 4 | GE Capital Retail Bank | 2,971.77 | 0.00 | 519.95 |
| 5 | GE Capital Retail Bank | 850.45 | 0.00 | 148.80 |
| 6 | GE Capital Retail Bank | 2,971.62 | 0.00 | 519.92 |
| 7 | GE Capital Retail Bank | 3,135.27 | 0.00 | 548.56 |
| 8 | GE Capital Retail Bank | 4,583.21 | 0.00 | 801.89 |
| 9 | Sallie Mae | 2,167.01 | 0.00 | 379.15 |
| 10 | PYOD, LLC its successors and assigns as assignee | 229.74 | 0.00 | 40.20 |

**UST Form 101-7-NFR (10/1/2010)**

| | | | | |
|---|---|---:|---:|---:|
| 11 | PYOD, LLC its successors and assigns as assignee | 777.45 | 0.00 | 136.02 |

|  |  |
|---|---:|
| Total to be paid for timely general unsecured claims: | $ 4,665.50 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

|  |  |
|---|---:|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| | None | | | |

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 11-85343-MB
John Thomas Darnell                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: cshabez           Page 1 of 3           Date Rcvd: Sep 28, 2012
                              Form ID: pdf006         Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 30, 2012.
```
db           +John Thomas Darnell,    11701 Woodcreek Drive South,    APT# D,   Huntley, IL 60142-7347
18255568     +American Eagle Bank,    Bankruptcy Department,    556 Randall Rd,    South Elgin, IL 60177-3315
18255560     +Barclays BANK Delaware,   Attn: Bankruptcy Dept.,    125 S West St,    Wilmington, DE 19801-5014
18255570     +Bill Me Later,    Bankruptcy Dept,   P.O. Box 5018,    Timonium, MD 21094-5018
18255555     +CBNA,   Attn: Bankruptcy Dept.,   Po Box 6497,    Sioux Falls, SD 57117-6497
18255559     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
18255558     +CPU/CBNA,   Attn: Bankruptcy Dept.,    Po Box 6497,    Sioux Falls, SD 57117-6497
18529124     +Capital One, N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
18255551     +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
18255552     +Experian,   Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
18255571     +GEMoney-Phillips Conoco,    Attn: Bankruptcy Dept.,    PO Box 689060,    Des Moines, IA 50368-9060
18255567    ++HSBC BANK,   ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
             (address filed with court: HSBC/Bsbuy,    Attn: Bankruptcy Dept.,    Po Box 15519,
               Wilmington, DE 19850)
18255556     +HSBC BANK,   Attn: Bankruptcy Dept.,    Po Box 5253,    Carol Stream, IL 60197-5253
18255546     +Karen Darnell,    2770 Briarcliff Lane,    Lake in the Hills, IL 60156-6312
18255548     +Sydney Darnell,    2770 Briarcliff Lane,    Lake In The Hills, IL 60156-6312
18255553     +Transunion,    Attn: Bankruptcy Dept.,    PO Box 1000,    Chester, PA 19016-1000
18255550     +Xoie Darnell,    2770 Briarcliff Lane,    Lake In The Hills, IL 60156-6312
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18479040      E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2012 03:45:26     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH  43054-3025
18255565     +E-mail/PDF: mrdiscen@discoverfinancial.com Sep 29 2012 03:45:26     Discover FIN SVCS LLC,
               Attn: Bankruptcy Dept.,    Po Box 15316,   Wilmington, DE 19850-5316
18625387      E-mail/PDF: rmscedi@recoverycorp.com Sep 29 2012 02:23:53     GE Capital Retail Bank,
               c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
18255557     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 02:23:52     GEMB/Walmart,
               Attn: Bankruptcy Dept.,    Po Box 981400,   El Paso, TX 79998-1400
18255566     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:52     Gecrb/CARE CREDIT,
               Attn: Bankruptcy Dept.,    950 Forrer Blvd,   Kettering, OH 45420-1469
18255564     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:54     Gecrb/DISCOUNT TIRE,
               Attn: Bankruptcy Dept.,    Po Box 981439,   El Paso, TX 79998-1439
18255561      E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:46:52     Gecrb/GE MONEY BANK LO,
               Attn: Bankruptcy Dept.,    Po Box 103065,   Roswell, GA 30076
18255562     +E-mail/PDF: gecsedi@recoverycorp.com Sep 29 2012 03:56:10     Gecrb/PAYPAL EXTRAS MC,
               Attn: Bankruptcy Dept.,    Po Box 981416,   El Paso, TX 79998-1416
18255563     +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 29 2012 00:49:42     Kohls/Capone,
               Attn: Bankruptcy Dept.,    N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
18255554     +E-mail/Text: mpcbankruptcy@marathonpetroleum.com Sep 29 2012 00:56:02     Marathon Petroleum CO,
               Attn: Bankruptcy Dept.,    539 S Main St,   Findlay, OH 45840-3229
18582671     +E-mail/Text: bncmail@w-legal.com Sep 29 2012 00:56:32     PHARIA L.L.C.,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
18884164     +E-mail/Text: resurgentbknotifications@resurgent.com Sep 29 2012 00:49:06
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
18255547     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 29 2012 02:24:00     Sallie MAE,
               Attn: Bankruptcy Dept.,    Po Box 9500,   Wilkes-Barre, PA 18773-9500
18690419     +E-mail/PDF: pa_dc_claims@salliemae.com Sep 29 2012 02:24:00     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18255569*    +Karen Darnell,    2770 Briarcliff Lane,    Lake in the Hills, IL 60156-6312
18255549*    +Sallie MAE,   Attn: Bankruptcy Dept.,    Po Box 9500,    Wilkes-Barre, PA 18773-9500
18255545    ##+Ocwen LOAN Servicing L,    Attn: Bankruptcy Dept.,    12650 Ingenuity Dr,   Orlando, FL 32826-2703
                                                                                              TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

Case 11-85343   Doc 33   Filed 09/28/12   Entered 09/30/12 23:29:14   Desc Imaged
Certificate of Notice   Page 8 of 9

```
District/off: 0752-3          User: cshabez              Page 2 of 3                   Date Rcvd: Sep 28, 2012
                              Form ID: pdf006            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 30, 2012**                              **Signature:**   _Joseph Speetjens_

```
District/off: 0752-3          User: cshabez              Page 3 of 3             Date Rcvd: Sep 28, 2012
                              Form ID: pdf006            Total Noticed: 31
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2012 at the address(es) listed below:

```
          James E Stevens    on behalf of Trustee James Stevens jimstevens@bslbv.com
          James E Stevens    jimstevens@bslbv.com, IL48@ecfcbis.com
          Jason K Nielson    on behalf of Debtor John Darnell ndil@geracilaw.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Tiffany Rodriguez    on behalf of Trustee James Stevens trodriguez@bslbv.com
                                                                                        TOTAL: 5
```