# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: DARNELL, JOHN THOMAS § Case No. 11-85343
§
§
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

  JAMES E. STEVENS, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $321,996.00               Assets Exempt: $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $4,665.50   Claims Discharged
                                             Without Payment: $52,147.10

Total Expenses of Administration: $3,334.50

  3) Total gross receipts of $ 8,000.00 (see **Exhibit 1**), minus funds paid to the debtor
and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $8,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,334.50 | 3,334.50 | 3,334.50 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 53,899.00 | 26,665.60 | 26,665.60 | 4,665.50 |
| **TOTAL DISBURSEMENTS** | $53,899.00 | $30,000.10 | $30,000.10 | $8,000.00 |

4) This case was originally filed under Chapter 7 on December 15, 2011. The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/12/2012          By: /s/JAMES E. STEVENS
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Annual Bonus payable 1/2012 | 1149-000 | 8,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$8,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,550.00 | 1,550.00 | 1,550.00 |
| Barrick, Switzer, Long, Balsley & Van Evera, LLP | 3110-000 | N/A | 1,709.50 | 1,709.50 | 1,709.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,334.50 | $3,334.50 | $3,334.50 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Karen Darnell | 5200-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 3,749.00 | 3,830.15 | 3,830.15 | 670.14 |
| 2 | Capital One, N.A. | 7100-000 | 2,918.00 | 2,993.56 | 2,993.56 | 523.76 |
| 3 | PHARIA L.L.C. | 7100-000 | 2,114.00 | 2,155.37 | 2,155.37 | 377.11 |
| 4 | GE Capital Retail Bank | 7100-000 | 2,939.00 | 2,971.77 | 2,971.77 | 519.95 |
| 5 | GE Capital Retail Bank | 7100-000 | 839.00 | 850.45 | 850.45 | 148.80 |
| 6 | GE Capital Retail Bank | 7100-000 | 2,806.00 | 2,971.62 | 2,971.62 | 519.92 |
| 7 | GE Capital Retail Bank | 7100-000 | 3,013.00 | 3,135.27 | 3,135.27 | 548.56 |
| 8 | GE Capital Retail Bank | 7100-000 | 4,460.00 | 4,583.21 | 4,583.21 | 801.89 |
| 9 | Sallie Mae | 7100-000 | N/A | 2,167.01 | 2,167.01 | 379.15 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 180.00 | 229.74 | 229.74 | 40.20 |
| 11 | PYOD, LLC its successors and assigns as assignee | 7100-000 | 734.00 | 777.45 | 777.45 | 136.02 |
| NOTFILED | Equifax | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | CPU/CBNA | 7100-000 | 736.00 | N/A | N/A | 0.00 |
| NOTFILED | CBNA | 7100-000 | 199.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Experian | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC BANK | 7100-000 | 416.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie MAE | 7100-000 | 21,014.00 | N/A | N/A | 0.00 |
| NOTFILED | Transunion | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Sallie MAE | 7100-000 | 401.00 | N/A | N/A | 0.00 |
| NOTFILED | GEMoney-Phillips Conoco | 7100-000 | 736.00 | N/A | N/A | 0.00 |
| NOTFILED | HSBC/Bsbuy | 7100-000 | 4,944.00 | N/A | N/A | 0.00 |
| NOTFILED | Bill Me Later Bankruptcy Dept | 7100-000 | 1,701.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$53,899.00** | **$26,665.60** | **$26,665.60** | **$4,665.50** |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-85343  
**Case Name:** DARNELL, JOHN THOMAS

**Period Ending:** 12/12/12

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/15/11 (f)  
**§341(a) Meeting Date:** 01/19/12  
**Claims Bar Date:** 05/10/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | Annual Bonus payable 1/2012 | 8,000.00 | 8,000.00 | | 8,000.00 | FA |
| 2 | 27707 Briarcliff Lane, Lake in the Hills, IL | 181,534.00 | 0.00 | DA | 0.00 | FA |
| 3 | Chase Bank checking account | 152.00 | 0.00 | DA | 0.00 | FA |
| 4 | Castle Bank checking account | 149.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 6 | books, compact discs, etc. | 50.00 | 0.00 | DA | 0.00 | FA |
| 7 | necessary wearing apparel | 50.00 | 0.00 | DA | 0.00 | FA |
| 8 | watch | 85.00 | 0.00 | DA | 0.00 | FA |
| 9 | term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | pension | 123,000.00 | 0.00 | DA | 0.00 | FA |
| 11 | Chase Bank Stocks | 1,451.00 | 0.00 | DA | 0.00 | FA |
| 12 | 2007 Hyundai Elantra | 7,275.00 | 0.00 | DA | 0.00 | FA |
| 13 | 2006 Pontiac G6 | 6,750.00 | 0.00 | DA | 0.00 | FA |
| 13 | **Assets Totals** (Excluding unknown values) | **$329,996.00** | **$8,000.00** | | **$8,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 1, 2012         **Current Projected Date Of Final Report (TFR):**   September 19, 2012 (Actual)

Printed: 12/12/2012 07:50 AM    V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-85343  
**Case Name:** DARNELL, JOHN THOMAS  

**Taxpayer ID #:** **-***3608  
**Period Ending:** 12/12/12  

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******22-66 - Checking Account  
**Blanket Bond:** $178,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/26/12 | {1} | John T. Darnell | salary bonus | 1149-000 | 8,000.00 | | 8,000.00 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,975.00 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,950.00 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 7,925.00 |
| 10/31/12 | 101 | Barrick, Switzer, Long, Balsley & Van Evera, LLP | Dividend paid 100.00% on $1,709.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,709.50 | 6,215.50 |
| 10/31/12 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,550.00, Trustee Compensation; Reference: | 2100-000 | | 1,550.00 | 4,665.50 |
| 10/31/12 | 103 | Discover Bank | Dividend paid 17.49% on $3,830.15; Claim# 1; Filed: $3,830.15; Reference: | 7100-000 | | 670.14 | 3,995.36 |
| 10/31/12 | 104 | Capital One, N.A. | Dividend paid 17.49% on $2,993.56; Claim# 2; Filed: $2,993.56; Reference: | 7100-000 | | 523.76 | 3,471.60 |
| 10/31/12 | 105 | PHARIA L.L.C. | Dividend paid 17.49% on $2,155.37; Claim# 3; Filed: $2,155.37; Reference: | 7100-000 | | 377.11 | 3,094.49 |
| 10/31/12 | 106 | GE Capital Retail Bank | Dividend paid 17.49% on $2,971.77; Claim# 4; Filed: $2,971.77; Reference: | 7100-000 | | 519.95 | 2,574.54 |
| 10/31/12 | 107 | GE Capital Retail Bank | Dividend paid 17.49% on $850.45; Claim# 5; Filed: $850.45; Reference: | 7100-000 | | 148.80 | 2,425.74 |
| 10/31/12 | 108 | GE Capital Retail Bank | Dividend paid 17.49% on $2,971.62; Claim# 6; Filed: $2,971.62; Reference: | 7100-000 | | 519.92 | 1,905.82 |
| 10/31/12 | 109 | GE Capital Retail Bank | Dividend paid 17.49% on $3,135.27; Claim# 7; Filed: $3,135.27; Reference: | 7100-000 | | 548.56 | 1,357.26 |
| 10/31/12 | 110 | GE Capital Retail Bank | Dividend paid 17.49% on $4,583.21; Claim# 8; Filed: $4,583.21; Reference: | 7100-000 | | 801.89 | 555.37 |
| 10/31/12 | 111 | Sallie Mae | Dividend paid 17.49% on $2,167.01; Claim# 9; Filed: $2,167.01; Reference: | 7100-000 | | 379.15 | 176.22 |
| 10/31/12 | 112 | PYOD, LLC its successors and assigns as assignee | Dividend paid 17.49% on $229.74; Claim# 10; Filed: $229.74; Reference: | 7100-000 | | 40.20 | 136.02 |
| 10/31/12 | 113 | PYOD, LLC its successors and assigns as assignee | Dividend paid 17.49% on $777.45; Claim# 11; Filed: $777.45; Reference: | 7100-000 | | 136.02 | 0.00 |

|  |  | ACCOUNT TOTALS | 8,000.00 | 8,000.00 | $0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers | 0.00 | 0.00 | |
|  |  | Subtotal | 8,000.00 | 8,000.00 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | NET Receipts / Disbursements | $8,000.00 | $8,000.00 | |

{} Asset reference(s)

Printed: 12/12/2012 07:50 AM   V.13.04

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 11-85343 | | **Trustee:** | JAMES E. STEVENS (330420) |
| **Case Name:** | DARNELL, JOHN THOMAS | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******22-66 - Checking Account |
| **Taxpayer ID #:** | **-***3608 | | **Blanket Bond:** | $178,000.00 (per case limit) |
| **Period Ending:** | 12/12/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # 9200-******22-66** | 8,000.00 | 8,000.00 | 0.00 |
| | $8,000.00 | $8,000.00 | $0.00 |

{} Asset reference(s)

Printed: 12/12/2012 07:50 AM V.13.04